

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-11-08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 10, 2008

BY FACSIMILE
The Honorable John F. Keenan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Ellva Slaughter</u>
08 Civ. 404 (JFK)/03 Cr. 455 (JFK)

Dear Judge Keenan:

    The Government writes to request respectfully additional time to respond to the above-referenced motion pursuant to 28 U.S.C. § 2255, the answer to which is due on March 11, 2008, pursuant to the Court's order of January 29, 2008. While the undersigned has received the necessary records from archives and has begun work on the Government's answer, the press of other litigation matters, including a bench trial that concluded today and several pending sentencings and pre-trial motions, has prevented us from completing the answer. Accordingly, the Government respectfully requests an additional thirty days. This is the Government's first request for an extension of time in this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: Harry A. Chernoff
Assistant U.S. Attorney
(212) 637-2481

The application is granted.
The Government's time to respond is extended to Friday, April 11, 2008. Petitioner may respond by Monday, May 12, 2008.

SO ORDERED.

Dated: New York, N.Y.
March 11, 2008.

John F. Keenan
U.S.D.J