UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ELLVA SLAUGHTER,            :

       Petitioner,       :    08 Civ. 404 (JFK)
                         :    03 Cr. 455 (JFK)
                         :
       -against-        :    ORDER

UNITED STATES of AMERICA,   :

       Respondent.       :
------------------------------------X
JOHN F. KEENAN, United States District Judge:

    The time for Petitioner to submit a reply in support of his 28 U.S.C. § 2255 motion is extended until May 23, 2008.

SO ORDERED.

Dated:    New York, New York
         April 23, 2008

                                      /s/ John F. Keenan
                                      JOHN F. KEENAN
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-08