UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
ELLVA SLAUGHTER,                    :

       Petitioner,              :
                                              08 Civ. 404 (JFK)
   -against-                       :     03 Cr. 747 (JFK)

UNITED STATES OF AMERICA,           :   **ORDER**

       Respondent.
-----------------------------------X

**JOHN F. KEENAN, United States District Judge:**

    Ellva Slaughter ("Petitioner") has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. He asserts that his trial attorney, Jeremy Schneider, Esq., provided ineffective assistance in part by advising Petitioner not to testify in his own defense at trial. See Pet'n at 4. Mr. Schneider is directed to submit within ten (10) days an affidavit describing his communications with Petitioner regarding the decision not to testify. In particular, the affidavit shall address whether Mr. Schneider indeed advised Petitioner not to testify and, if so, Mr. Schneider's reasons for providing such advice.

    Mr. Schneider is further directed to provide copies of the affidavit to Petitioner and to the government, through certified mail, at the following addresses:

Elva Slaughter
Reg. No. 46327-083
USP Pollock
US Penitentiary
P.O. Box 2099
Pollock, LA 71467

Harry A. Chernoff
Assistant United States Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, N.Y. 10007


SO ORDERED.

Dated:        New York, New York
              June 27, 2008

                                    /s/ John F. Keenan
                                    JOHN F. KEENAN
                                    United States District Judge